UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lindquist & Vennum P.L.L.P.,

      Plaintiff,                                     Civil No. 05-597 (RHK/JSM)

vs.                                                 **O R D E R**

Tamie P. Speciale, Dispute
Management Resolution, Inc.,

      Defendants.

---

      The above matter is referred to Magistrate Judge Janie E. Mayeron for an expedited settlement conference at such time and under such conditions as Judge Mayeron directs.

      The June 21, 2005 hearing with respect to Defendant's Motion to Dismiss Under Rule 12B or to Transfer Action is **CANCELED** and, if necessary, a new hearing date will be set following the settlement conference.

Dated: June 13, 2005

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge