UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

LINDQUIST & VENNUM P.L.L.P.,                    Civil No. 05-0597 (PJS/JJG)

                        Plaintiff,

v.                                                                    ORDER

TAMIE P. SPECIALE and DISPUTE
RESOLUTION MANAGEMENT, INC.,

                        Defendants.

---

K. Jon Breyer, Terence M. Fruth, Thomas E. Jamison, FRUTH JAMISON &
ELSASS PA, 80 South Eighth Street, Suite 3902, Minneapolis, MN 55402; Mark
D. Larsen, LINDQUIST & VENNUM P.L.L.P, 80 South Eighth Street, Suite
4200, Minneapolis, MN 55402, for plaintiff.

C. John Jossart, John Harper III, Phillip R. Krass, KRASS MONROE, PA, 8000
Norman Center Drive, Suite 1000, Minneapolis, MN 55437, for defendants.

This matter is before the Court on the defendants' objections to Magistrate Judge Jeanne

J. Graham's November 14, 2006 discovery order.

A magistrate judge's ruling on nondispositive pretrial matters may be reversed only if it

is "clearly erroneous or contrary to law."  28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).  "'A

finding is "clearly erroneous" when although there is evidence to support it, the reviewing court

on the entire evidence is left with the definite and firm conviction that a mistake has been

committed.'"  *Chase v. Comm'r*, 926 F.2d 737, 740 (8th Cir. 1991) (quoting *United States v.*

*U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948)).  The Court has reviewed the defendants'

objections and finds nothing in Magistrate Judge Graham's order to be clearly erroneous or

contrary to law.

ORDER

Based on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED

THAT the November 14, 2006 order of Magistrate Judge Graham [Docket No. 107] is

AFFIRMED.


Dated:  January 12 , 2007                    s/Patrick J. Schiltz                              
                                             Patrick J. Schiltz
                                             United States District Judge