

**Computer Forensic Services**

*Digital Evidence Specialists*

MARK LANTERMAN
952-924-9920 (OFFICE)
MLANTERMAN@COMPFORENSICS.COM

October 22, 2007

**VIA EMAIL AND U.S. MAIL**

The Honorable Patrick J. Schiltz
U.S. District Court, District of Minnesota
180 East 5th Street, 7th Floor
Saint Paul, MN 55101

Re:    Lindquist & Vennum, P.L.L.P. v. Tamie P. Speciale and Dispute Resolution Management, Inc.

Dear Judge Schiltz,

On October 18, 2007, I contacted Ms. Fast via email and explained I had a recollection of possibly misreading from my notes the date of the "Ginsberg" directory deletion. Ms. Fast kindly supplied me with the transcript of my testimony.

After reviewing the transcript and the note sheet I referenced during my testimony, I need to report to the Court that I did, in fact, misread the date of the "Ginsberg" directory deletion. The correct date of deletion is August 4, 2006, not November 29, 2006.

I believe that when referencing the note page during testimony, I inadvertently glanced at the November 29, 2006 notation of memory stick usage.

My sincerest apologies to the parties for any inconvenience this may have caused.

Very truly yours,

Mark Lanterman

601 Carlson Parkway, Suite 630 ❧ Minnetonka, MN 55305
952-924-9920 ❧ 952-924-9921 fax
www.compforensics.com