UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

LINDQUIST & VENNUM, P.L.L.P.,

      Plaintiff,

v.

TAMIE P. SPECIALE and
DISPUTE RESOLUTION
MANAGEMENT, INC.,

      Defendants.

Court File No. 05-CV-597 PJS-JJG

**AFFIDAVIT OF
MARK LANTERMAN**

Mark Lanterman, being duly sworn, states as follows:

1. My name is Mark Lanterman. I am the Chief Technology Officer for Computer Forensic Services, Inc. located in Minnetonka, Minnesota.

2. I have reviewed two transcripts of Michael Younger's testimony dated October 29th, 2007 and October 30th, 2007.

3. I have been asked to comment on two of the topics discussed by Mr. Younger.

4. The first topic concerns the appearance of items from the "CD Burning" folder inside of the Recycle Bin. Mr. Younger states that material in the "CD Burning" folder (what he refers to as a staging area) will end up in the recycle bin after a disk has been burned. In fact, files and folders only end up in the recycle bin if they have been deleted by the user. They do not appear in the recycle bin during the normal course of burning a disk. Please refer to the screenshots in Attachment A for an illustration of this process.

5. The second topic concerns the nature of the deletions of 237 MSG files. Mr. Younger stated there is no way of knowing when or how these messages were deleted. I have

recovered info2 records which clearly indicate that some of these messages were deleted from the desktop of the "TamieS" account on June 17th, 2006. This would preclude the deletions having been due to a CD burning event. Please refer to Attachment B for a list of the relevant info2 entries.

6. I do not know whether any of these emails or files resides elsewhere on Ms. Speciale's computer.

7. Krass Monroe has insinuated that I have violated the confidentiality clause of our contract and has accused me of inappropriate communications with parties to this lawsuit. This is simply not true. I had received a legal subpoena from Mr. Breyer to produce documents and had provided these documents to Krass Monroe (Mr. Jossart) during my initial appearance before this Court. Subsequent to that production, I received from Mr. Breyer via email a transcript of testimony given on October 11, 2007. Shortly after receiving that email, I received a phone call from Mr. Breyer explaining that the Court had additional questions for me and would I review the transcript and determine the answers for the Court. During this review, I recovered an amount of deleted data. I presented that data to the Court during my subsequent appearance. At no time have I had discussions with anyone from the Fruth Law Firm or Lindquist & Vennum in which we discussed privileged information or other sensitive details as alleged by Krass Monroe.

Further Affiant sayeth not.

_____
Mark Lanterman

Subscribed and sworn to before me this
2nd day of November, 2007.

_____
Notary Public

ROBERT J. SCANLON
Notary Public
State of Minnesota
My Commission Expires
January 31, 2010

# Attachment A

Info2 prior to CD Burning:



CD Burn window prior to burning:



# Attachment A

CD Burn window after burning:



Info2 after CD Burning:



# Attachment A

CD Burn window prior to burning:



Folder deleted manually from CD Burn folder:

# Attachment A



CD Burn folder after folder deletion:



# Attachment A

Recycle Bin after deletion from CD Burn Folder:



Info2 after deletion from CD Burn Folder:



Date translation from info2 record:

# Attachment A



Info2 from Tamie Speciale laptop:

# Attachment A

Date translation from info2 record:

**Bookmark Data**

Comment:

Data Type:
- DOS Date (GMT)
- Unix Date
- Unix Text Date
- HFS Date
- HFS Plus Date
- Windows Date/Time
- Windows Date/Time (Localtime)
- Lotus Date
- Windows
- Styles

Destination Folder:
- Bookmarks

rjs-TamieLT\Tamie Speciale laptop\D:\RECYCLER\S-1-5-21-3594620-2948427966-634655048-1004\INFO2

Time/Date
08/04/06 11 16 33AM
Invalid

## ATTACHMENT B

Recovered Info2 entries

```
Index     : 128
Deleted   : 06/17/06 03:53:06PM
FileSize  : 20480 bytes (20 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\RE  Venue.msg

Index     : 129
Deleted   : 06/17/06 03:53:06PM
FileSize  : 20480 bytes (20 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\RE  Venue (17).msg

Index     : 130
Deleted   : 06/17/06 03:53:06PM
FileSize  : 20480 bytes (20 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\RE  Venue (18).msg

Index     : 131
Deleted   : 06/17/06 03:53:06PM
FileSize  : 16384 bytes (16 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\RE  propsed correspondence.msg

Index     : 132
Deleted   : 06/17/06 03:53:06PM
FileSize  : 16384 bytes (16 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\propsed correspondence.msg

Index     : 133
Deleted   : 06/17/06 03:53:06PM
FileSize  : 16384 bytes (16 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\Kaminsky (19).msg

Index     : 134
Deleted   : 06/17/06 03:53:06PM
FileSize  : 20480 bytes (20 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\Sasseville.msg

Index     : 135
Deleted   : 06/17/06 03:53:06PM
FileSize  : 20480 bytes (20 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\e-mail response to DS.msg
```

```
Index     : 136
Deleted   : 06/17/06 03:53:06PM
FileSize  : 20480 bytes (20 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\RE  Escrowed Funds.n

Index     : 137
Deleted   : 06/17/06 03:53:06PM
FileSize  : 20480 bytes (20 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\RE  Escrowed Funds
(20).msg

Index     : 36
Deleted   : 06/17/06 03:50:39PM
FileSize  : 24576 bytes (24 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\Fw  Activity in Case
03-cv-03501
            -SHS Dispute Resolution  et al v  Greenberg Traurig  et al
Memorandum & Op
            inion .msg

Index     : 37
Deleted   : 06/17/06 03:50:39PM
FileSize  : 20480 bytes (20 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\Fw  message.msg

Index     : 38
Deleted   : 06/17/06 03:50:39PM
FileSize  : 20480 bytes (20 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\DRM L&V.msg

Index     : 39
Deleted   : 06/17/06 03:50:39PM
FileSize  : 20480 bytes (20 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\Re  Revised L&V
Agreement.msg

Index     : 40
Deleted   : 06/17/06 03:50:39PM
FileSize  : 16384 bytes (16 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\Update.msg

Index     : 302
Deleted   : 06/17/06 03:55:02PM
FileSize  : 20480 bytes (20 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\FW  Dispute Resoluti
```

```
Management
            Inc  v  Greenberg Traurig .msg

Index     : 303
Deleted   : 06/17/06 03:55:02PM
FileSize  : 57344 bytes (56 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\RE  developments .ms

Index     : 304
Deleted   : 06/17/06 03:55:02PM
FileSize  : 65536 bytes (64 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\RE  developments
(87).msg

Index     : 305
Deleted   : 06/17/06 03:55:02PM
FileSize  : 49152 bytes (48 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\RE  developments
(88).msg

Index     : 306
Deleted   : 06/17/06 03:55:02PM
FileSize  : 57344 bytes (56 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\developments .msg

Index     : 292
Deleted   : 06/17/06 03:53:56PM
FileSize  : 28672 bytes (28 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\Blum Deposition.msg

Index     : 293
Deleted   : 06/17/06 03:53:56PM
FileSize  : 24576 bytes (24 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\DRM (53).msg

Index     : 294
Deleted   : 06/17/06 03:53:56PM
FileSize  : 20480 bytes (20 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\food for thought.msg

Index     : 295
Deleted   : 06/17/06 03:53:56PM
FileSize  : 20480 bytes (20 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\Stein Decision.msg
```

```
Index     : 296
Deleted   : 06/17/06 03:53:56PM
FileSize  : 16384 bytes (16 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\Kaminsky (54).msg

Index     : 297
Deleted   : 06/17/06 03:53:56PM
FileSize  : 20480 bytes (20 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\taxes.msg

Index     : 298
Deleted   : 06/17/06 03:53:56PM
FileSize  : 20480 bytes (20 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\Exhibits 177  179.ms

Index     : 299
Deleted   : 06/17/06 03:53:56PM
FileSize  : 36864 bytes (36 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\RE  Plaintiffs'
Proposed Special V
          erdict Forms Response to Bridge Loan Inquiry.msg

Index     : 300
Deleted   : 06/17/06 03:53:56PM
FileSize  : 16384 bytes (16 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\FW  1 26 01 Weiss Me
-- correcti
          on  12 21 00 Memo.msg

Index     : 301
Deleted   : 06/17/06 03:55:02PM
FileSize  : 20480 bytes (20 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\RE  Valuation
Experts.msg

Index     : 220
Deleted   : 06/17/06 03:53:56PM
FileSize  : 32768 bytes (32 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\RE  Next Tuesday's
mediation (57).
          msg

Index     : 221
Deleted   : 06/17/06 03:53:56PM
FileSize  : 24576 bytes (24 KB)
FilePath  : C:\Documents and Settings\TamieS\Desktop\RE  digital send.msg
```

```
Index      : 222
Deleted    : 06/17/06 03:53:56PM
FileSize   : 28672 bytes (28 KB)
FilePath   : C:\Documents and Settings\TamieS\Desktop\RE   Roadmap Request.

Index      : 223
Deleted    : 06/17/06 03:53:56PM
FileSize   : 24576 bytes (24 KB)
FilePath   : C:\Documents and Settings\TamieS\Desktop\FW   Mediation
Assistance.msg

Index      : 224
Deleted    : 06/17/06 03:53:56PM
FileSize   : 24576 bytes (24 KB)
FilePath   : C:\Documents and Settings\TamieS\Desktop\RE   glynn info
request.msg

Index      : 225
Deleted    : 06/17/06 03:53:56PM
FileSize   : 20480 bytes (20 KB)
FilePath   : C:\Documents and Settings\TamieS\Desktop\RE   glynn info reque
(58).msg

Index      : 226
Deleted    : 06/17/06 03:53:56PM
FileSize   : 28672 bytes (28 KB)
FilePath   : C:\Documents and Settings\TamieS\Desktop\RE   Damages Summary.

Index      : 227
Deleted    : 06/17/06 03:53:56PM
FileSize   : 20480 bytes (20 KB)
FilePath   : C:\Documents and Settings\TamieS\Desktop\RE   L&V (59).msg

Index      : 228
Deleted    : 06/17/06 03:53:56PM
FileSize   : 16384 bytes (16 KB)
FilePath   : C:\Documents and Settings\TamieS\Desktop\Kaminsky (60).msg

Index      : 229
Deleted    : 06/17/06 03:53:56PM
FileSize   : 24576 bytes (24 KB)
FilePath   : C:\Documents and Settings\TamieS\Desktop\damages .msg

Index      : 22
Deleted    : 06/17/06 03:14:18PM
```

```
FileSize    : 20480 bytes (20 KB)
FilePath    : C:\Documents and Settings\TamieS\Desktop\DRMCOLO\Board
Minutes.msg

Index       : 23
Deleted     : 06/17/06 03:14:18PM
FileSize    : 16384 bytes (16 KB)
FilePath    : C:\Documents and Settings\TamieS\Desktop\DRMCOLO\Board
Meeting.msg

Index       : 24
Deleted     : 06/17/06 03:14:18PM
FileSize    : 16384 bytes (16 KB)
FilePath    : C:\Documents and Settings\TamieS\Desktop\DRMCOLO\Biz Plan and
Proformas (kinda).msg

Index       : 22
Deleted     : 06/17/06 03:14:18PM
FileSize    : 20480 bytes (20 KB)
FilePath    : C:\Documents and Settings\TamieS\Desktop\DRMCOLO\Board
Minutes.msg


Index       : 23
Deleted     : 06/17/06 03:14:18PM
FileSize    : 16384 bytes (16 KB)
FilePath    : C:\Documents and Settings\TamieS\Desktop\DRMCOLO\Board
Meeting.msg

Index       : 24
Deleted     : 06/17/06 03:14:18PM
FileSize    : 16384 bytes (16 KB)
FilePath    : C:\Documents and Settings\TamieS\Desktop\DRMCOLO\Biz Plan and
Proformas (ki
            nda).msg
```