**UNITED STATES DISTRICT COURT**
FOR THE
**DISTRICT OF MINNESOTA**

**Chambers of**                                                        Warren E. Burger Federal Building
**PATRICK J. SCHILTZ**                                        316 North Robert Street
**DISTRICT JUDGE**                                           St. Paul, Minnesota 55101
                                                                                        (651) 848-1900

January 25, 2008

Mr. Mark Lanterman
Computer Forensic Services
601 Carlson Parkway
Suite 630
Minnetonka, MN 55305

                     Re:  Lindquist & Vennum v. Speciale, et al.
                           Case No. 05-CV-0597 (PJS/JJG)

Dear Mr. Lanterman:

       I write in response to Benjamin Green's letter of December 20, 2007, and your letter of January 11, 2008.

       During the trial of this case, Mr. Krass informed me that he would pay for a copy of Ms. Speciale's hard drive for him and a second copy for the Court. At the time, we anticipated that each hard drive would cost about $1300 — $1000 for labor and $300 for materials. In light of Mr. Krass's representation, I have asked him to pay all of your October 17, 2007 invoice ($1213.28) and $1145.79 of your October 23, 2007 invoice. Mr. Krass does not believe that he should have to pay for the first copy of the hard drive — the one that proved unusable — but he also recognizes that he initially agreed to pay a total of $2600, on the assumption that you would charge for both labor and materials with respect to both his copy and the Court's. Therefore he has agreed, at my request, to pay a total of $2359.07. To be clear:  Mr. Krass is doing this only to accommodate the Court, and not because he believes that he has any legal obligation to make that payment.

       As for the time that you spent testifying, I am afraid that neither Krass Monroe nor Fruth Jamison & Elsass made any representation to me about paying for that time. Thus no promise was made in front of me that I can enforce. If you feel that either Krass Monroe or Fruth Jamison & Elsass told you that it would pay for the time that you spent testifying, you should take it up with that firm and, if necessary, consider taking legal action to enforce your rights. But I have no power to adjudicate a contract dispute between you and either of the law firms.

Mr. Mark Lanterman
January 25, 2008
Page 2


      Once again, I want to thank you for your assistance in this case.  You worked very hard on very short deadlines to accommodate the parties and me, and I greatly appreciate your service to the Court.

                                      Sincerely,

                                      s/Patrick J. Schiltz
                                    Patrick J. Schiltz
                                    United States District Judge

cc:  All counsel of record (via CM/ECF)