UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

LINDQUIST & VENNUM P.L.L.P.,            Case No. 05-CV-0597 (PJS/JJG)

        Plaintiff,

v.                                            ORDER ON POSTJUDGMENT MOTIONS

TAMIE P. SPECIALE and DISPUTE
RESOLUTION MANAGEMENT, INC.,

        Defendants.

---

Terence M. Fruth and K. Jon Breyer, FRUTH JAMISON & ELSASS, P.A., for plaintiff.

Phillip R. Krass, John Harper III, and C. John Jossart, KRASS MONROE, P.A., for defendants.

For the reasons stated on the record at the May 19, 2008 hearing, and based on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Defendants' motion for judgment as a matter of law and amended findings of fact and judgment or, alternatively, a new trial [Docket Nos. 310, 336] is DENIED.

2. Plaintiff's motion to amend or correct the Clerk's judgment and for immediate distribution of escrowed funds [Docket No. 341] is GRANTED IN PART and DENIED IN PART as follows:

    a. Plaintiff's motion is GRANTED to the extent that the judgment entered on March 31, 2008 [Docket No. 335] is AMENDED to include $155,820.44 in prejudgment interest pursuant to Minn. Stat. § 549.09, for a total judgment in plaintiff's favor of $1,279,820.44.

   b. Plaintiff's motion is DENIED without prejudice to the extent that it seeks immediate distribution of escrowed funds.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 19, 2008          s/Patrick J. Schiltz
                   Patrick J. Schiltz
                   United States District Judge